DAYTON BAR ASSOCIATION *v.* ATKINS.

(D. D. No. 79-2—Decided May 16, 1979.)

196

*Mr. Michael J. McDonald*, for relator.
*Mr. Arliss P. Atkins, pro se.*

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and recommendation of the Board of Commissioners on Grievances and Discipline.

The respondent, Arliss P. Atkins, is indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.